SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**MELISSA D. BICKEL, Senior Deputy City Attorney (SBN 209914)**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO
(erroneously sued as the City Council of the City of Sacramento,
City of Sacramento Police Department and Daniel Hahn)

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITING WANG and YUHUO WANG,<br><br>Petitioners,<br><br>vs.<br><br>CITY OF SACRAMENTO<br><br>Respondent. | Case No.:<br><br>**RESPONDENT'S NOTICE OF REMOVAL**<br><br>**28 U.S.C. § 1446(a)** |

NOTICE IS HEREBY GIVEN that pursuant to 28 U.S.C. sections 1441 through 1451, Respondent CITY OF SACRAMENTO hereby removes to this Court the state court action described below:

1. **Commencement of State Action**

On December 6, 2019, an civil Writ of Administrative Mandamus action pursuant to Code of Civil Procedure section 1094.6 was commenced against Respondent CITY OF SACRAMENTO (erroneously sued as the City Council of the City of Sacramento, City of Sacramento Police Department and Daniel Hahn as real parties in interest) in the Superior Court of California in and for the County of Sacramento entitled *Liting Wang, et al. v. City of Sacramento, et al.*, Sacramento Superior Court Case No. 34-2019-80003279.  The initiating pleading did not allege any federal court claims.

///

On September 1, 2020, an Amended pleading was filed in the subject action, which contained federal court claims.

True and correct copies of all process and pleadings filed in the state court action are attached to this Notice as **Exhibit "1."**

**2. Timeliness of Removal**

Respondent was served with process of the Amended pleading by electronic service on September 3, 2020. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

**3. Jurisdiction**

This is a civil action of which this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343, and on the pendent jurisdiction of this court to entertain claims arising under state law, pursuant to 28 U.S.C. § 1367, and is one which Respondent may remove to this Court pursuant to 28 U.S.C. § 1441(b) in that it is a civil action founded on a claim arising under the Constitution of the United States. Pursuant to 42 U.S.C. § 1983 Petitioners allege that Respondent violated their civil rights, including rights secured by the Eighth and Fourteenth Amendments to the United States Constitution.

Respondent will serve Petitioners with a copy of this Notice. Additionally, a copy of this Notice will be filed with the Clerk of the Superior Court of the State of California, County of Sacramento.

DATED: September 17, 2020

SUSANA ALCALA WOOD,
City Attorney

By: /s/
**MELISSA D. BICKEL**
Senior Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO