1  Alan J. Donato SBN 264755
2  The Donato Legal Group
   1383 Garden Highway, Suite 100
3  Sacramento, CA 95833
   Phone: 916-716-7177
4
5  Alan@Donato.Legal
   Attorney for Petitioners

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITING WANG and YUHUO WANG<br><br>Petitioners,<br><br>v.<br><br>CITY OF SACRAMENTO, CITY COUNCIL OF THE CITY OF SACRAMENTO; and DOES 1 through 100, inclusive,<br><br>Respondents.<br>_____<br><br>CITY OF SACRAMENTO POLICE DEPARTMENT; DANIEL HAHN, in his official capacity as Chief of Police for the City of Sacramento,<br><br>Real Parties in Interest. | Case No.: 2-20-cv01876-JAM- D B<br><br>(Sacramento County Superior Court Case No.: 34-2019-80003279)<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

LITING WANG and YUHUO WANG (**"Petitioners"**) and the CITY OF SACRAMENTO, CITY COUNCIL OF THE CITY OF SACRAMENTO, and DOES 1 through 100, inclusive, and CITY OF SACRAMENTO POLICE DEPARTMENT and DANIEL HAHN, in his official capacity as Chief of Police for the City of Sacramento, Real Parties in Interest, (collectively **"Respondents"**) stipulate as follows:

1
STIPULATION TO REMAND REMOVAL ACTION; ORDER THEREON

1. On December 6, 2019, Petitioners filed a Petition for Writ of Mandamus in the Superior Court of the State of California in and for the County of Sacramento.

2. On September 1, 2020, Petitioners filed a First Amended Writ of Mandamus alleging federal causes of action.  **(See Exhibit A.)**

3**.** On September 23, 2020, Respondents filed a Notice of Removal of Action pursuant to U.S.C. § 1441(b) with the United States District Court for the Eastern District of California.

4. After some discussion and upon Petitioners' removal of all federal causes of action from the Writ **(See Exhibit B)**, the Parties have agreed that the Action should be remanded to the Sacramento County Superior Court.  To that end, the Parties hereby stipulate that the Action be remanded to Sacramento County Superior Court.

5. The Parties further stipulate that each Party shall bear its own attorneys' fees and costs with respect to the Removal and subsequent Remand of the Action pursuant to this Stipulation and Order.

Dated:  11/5/2020

SUSANA ALCALA WOOD
City Attorney

By:    /s/ Melissa D. Bickel
Melissa D. Bickel (SBN 209914)
Senior Deputy City Attorney
915 I Street, Room 4010
(916) 808-5346
Attorneys for Respondents


DONATO LEGAL GROUP

 /s/ Alan J. Donato
Alan J. Donato (SBN 264755)
1383 Garden Highway, Suite 100
Sacramento, CA 94833
(916) 716-7177
Attorney for Petitioners

# ORDER

On November 4, 2020, the Parties to the above-referenced Action filed a Stipulation to Remand Removal Action.  The Court having reviewed the Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved; and
2. Eastern District of California case number: 2-20-cv01876-JAM- D B is hereby remanded to the Sacramento County Superior Court.

IT IS SO ORDERED.

DATED:  November 6, 2020             /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE